UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,        07 Civ. 3927 (JG)(RML)

      - against -

DARIN DEMIZIO, et al.,

                        Defendants.      **ECF CASE**

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was recovered by the plaintiff Securities and Exchange Commission against the defendants Joseph Miller and Cobblehill Consultants, Inc. in the above entitled action for the sum of $733,760 on April 17, 2013 and such judgment has been satisfied, the undersigned requests that the Clerk of the Court enter a satisfaction of the monetary portions of the judgment on the docket.

Dated:      New York, New York
               March 21, 2014

                                                /s/
                                      KENNETH V. BYRNE
                                      Attorney for Plaintiff,
                                      Securities and Exchange Commission
                                      Brookfield Place, 200 Vesey Street – Suite 400
                                      New York, New York 10281-1022
                                      Tel.:        212-336-0041
                                      Fax:        212-336-1317
                                      E-mail:    byrnek@sec.gov